FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 6 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CASE NO.  SA17-0377M
v. )
) ORDER OF DETENTION
FERNANDO RAMIREZ )
)
Defendant. )
_____ )

I.

A. ( )  On motion of the Government in a case allegedly involving:

  1. ( )  a crime of violence.

  2. ( )  an offense with maximum sentence of life imprisonment or death.

  3. ( )  a narcotics or controlled substance offense with maximum sentence
       of ten or more years .

  4. ( )  any felony - where the defendant has been convicted of two or more
       prior offenses described above.

  5. ( )  any felony that is not otherwise a crime of violence that involves a
       minor victim, or possession or use of a firearm or destructive device
       or any other dangerous weapon, or a failure to register under 18
       U.S.C § 2250.

B. (✓)  On motion by the Government / ( ) on Court's own motion, in a case

---

allegedly involving:

( ✓ ) On the further allegation by the Government of:

1. ( ✓ )   a serious risk that the defendant will flee.

2. ( )   a serious risk that the defendant will:

   a. ( ) obstruct or attempt to obstruct justice.

   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. ( ✓ ) The Court finds that no condition or combination of conditions will reasonably assure:

1. ( ✓ )   the appearance of the defendant as required.

   ( )   and/or

2. ( )   the safety of any person or the community.

B. ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A. (✓)   As to flight risk: *Δ submits to detention.*

B. ( )   As to danger:

**VI.**

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

_____

**VII.**

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1  sentences or being held in custody pending appeal.

2  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

3     opportunity for private consultation with counsel.

4  D. IT IS FURTHER ORDERED that, on order of a Court of the United States

5     or on request of any attorney for the Government, the person in charge of

6     the corrections facility in which the defendant is confined deliver the

7     defendant to a United States marshal for the purpose of an appearance in

8     connection with a court proceeding.

12  DATED: November 16, 2017

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE